UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATE OF AMERICA,

                                                                                             07 CR 387 CM)

   - against -

PLUTARCO ANGULO-AGUIRRE,
RAFAEL RODRIQUEZ, ANGEL DIAZ,
VICTOR DIAZ and JORGE CEDENO,

                Defendants.
--------------------------------------------------------------x

      IT IS HEREBY ORDERED that the following defendants and defense counsel in the above referenced matter are permitted by this Order to visit with their clients with a Spanish interpreter after jail visitation hours in order to adequately prepare for trial from May 23, 2008 to July 7, 2008:

| | |
|---|---|
| Samuel M. Braverman, Esq.<br>Law Office of Sam Braverman<br>*Attorneys for Plutarco Angulo-Aguirre*<br>901 Sheridan Avenue<br>Bronx, New York 10451 | Paul P. Rinaldo, Esq.<br>Grossman & Rinaldo<br>*Attorneys for Rafael Rodriquez*<br>108-18 Queens Boulevard, 8th Floor<br>Forest Hills, New York 11375 |
| George E. Fufidio, Jr., Esq.<br>Mancuso, Rubin & Fufidio<br>*Attorneys for Angel Diaz*<br>1 North Broadway<br>White Plains, New York 10601 | Clinton W. Calhoun, Esq.<br>Briccetti, Calhoun & Lawrence<br>*Attorneys for Jorge Cedeno*<br>81 Main Street<br>White Plains, New York 10601 |
| Michael K. Burke, Esq.<br>Burke, Miele & Golden, LLP<br>*Attorneys for Victor Diaz*<br>30 Matthews Street, Suite 303A<br>Post Office Box 216<br>Goshen, New York 10924 | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/16/08 |

Dated:

By: *(signature)*
Honorable Colleen McMahon
United States District Judge

5-16-2008

Presented by:

Michael K. Burke, Esq. (MB 7554)

2