**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         ORDER
                                        :
                                        :        _____
                                        :           Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE**:
    Judge's Name

C.J.A. attorney

_____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

                                         **SO ORDERED**.

                                         _____

                                         **UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**